```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VALENT RABOVSKY, et al.,          :    CONSOLIDATED UNDER
                                  :    MDL NO. 875
        Plaintiffs,               :
                                  :    CIVIL ACTION
     v.                           :    NO. 10-3202
                                  :
AIR & LIQUID SYSTEMS              :
CORP., et al.,                    :
                                  :
        Defendants.               :
```

## O R D E R

**AND NOW,** this **12th** day of **March, 2012,** for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

(1) Defendant Pennsylvania Electric Company's objections to Magistrate Judge Strawbridge's Order of November 1, 2011, (ECF No. 133) are **OVERRULED,** the Order is **APPROVED** and **ADOPTED,** and the Motion for Judgment on the Pleadings (ECF No. 120) is **DENIED.**

(2) Defendant Crane Company's objections to Magistrate Judge Strawbridge's Order of January 25, 2012, (ECF No. 174) are **OVERRULED,** the Order is **AFFIRMED,** and the Motion in Limine (ECF No. 115) is **DENIED.**

**AND IT IS SO ORDERED.**

                                            s/Eduardo C. Robreno
                                          **EDUARDO C. ROBRENO, J.**