IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN RABOVSKY and<br>LYNN C. DOBRICK, Personal<br>Representative of the Estate<br>of Valent Rabovsky, Deceased<br>*Plaintiff*<br><br>v.<br><br>AIR & LIQUID SYSTEMS<br>CORPORATION, *et al.*<br>*Defendants* | : CIVIL ACTION<br>:<br>: NO. 10-3202<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 15th day of June 2016, upon consideration of: (1) Defendant Crane Co.'s *motion to mold the verdict and award*, [ECF 363]; (2) Plaintiffs' *motion to mold the verdict against Defendant Crane Co.*, [ECF 364], and Defendant's responses, [ECF 373, 374]; and (3) Plaintiffs' *motion for delay damages*, [ECF 359], Defendant's response, [ECF 362], Plaintiffs' *amended motion for delay damages*, [ECF 379], and Defendant's response, [ECF 382], and oral argument held on February 2, 2016, it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion, that:

(a) Defendant Crane Co.'s *motion to mold the verdict and award*, [ECF 363], is **DENIED**;

(b) Plaintiffs' *motion to mold the verdict against Defendant Crane Co.*, [ECF 364], is **GRANTED**, and the verdict award of **$1,085,000** is **MOLDED** to reflect a net verdict of **$325,500**;

(c) Plaintiffs' initial *motion for delay damages*, [ECF 359], is deemed **MOOT**; and

(d) Plaintiffs' *amended motion for delay damages*, [ECF 379], is **GRANTED**, in the amount of **$51,596.73**.

**JUDGMENT** in the amount of **$377,096.73** is hereby entered for Plaintiffs and against Defendant Crane Co.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*