IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN RABOVSKY and<br>LYNN C. DOBRICK, Personal<br>Representative of the Estate of<br>VALENT RABOVSKY, Deceased<br>    *Plaintiffs*<br><br>        v.<br><br>AIR & LIQUID SYSTEMS<br>CORPORATION, *et al.*<br>    *Defendants* | :   CIVIL ACTION<br>:<br>:   NO. 10-3202<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 28th day of September 2016, upon consideration of Defendant Crane Co.'s *motion for judgment as a matter of law*, [ECF 394], and Plaintiff Lynn C. Dobrick's response thereto, [ECF 396], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion, that the motion is **DENIED**.

BY THE COURT:


/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*